ORIGINAL

FILED

AUG 2 4 2007

U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| RKR JOINT VENTURE, LLC<br>A Mississippi Limited Liability Corporation,<br>Plaintiff,<br><br>VS.<br>THE UNITED STATES,<br>UNITED STATES DEPARTMENT<br>OF THE AIR FORCE<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. 07-630 C |

**RCFC 7.1 CORPORATE DISCLOSURE STATEMENT**

Plaintiff RKR JOINT VENTURE, LLC has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

David F. Barton, Attorney-in-Charge
State Bar No. 01853300
**THE GARDNER LAW FIRM**
745 E. Mulberry Avenue, Suite 100
San Antonio, Texas 78212-3149
Telephone: (210) 733-8191
Telecopier: (210) 733-5538
E-Mail: dfb@tglf.com