# In the United States Court of Federal Claims

**No. 07-630C**
**Bid Protest**
**(Filed: August 30, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**RKR JOINT VENTURE, LLC,** *
*
**Plaintiff,** *
*
**v.** *
*
**UNITED STATES OF AMERICA,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## SCHEDULING ORDER

---

In accordance with representations of the parties during the telephonic status call held on August 30, 2007, the Court orders the following:

1. Defendant shall file and serve the administrative record by **August 31, 2007**. Plaintiff shall file its motion for leave to supplement the administrative record by **September 7, 2007.** Defendant shall file its response by **September 14, 2007**.

2. The Court will conduct oral argument via telephone on **September 19, 2007**, at **3:00 PM EST.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**