**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| RKR JOINT VENTURE, LLC<br>A Mississippi Limited Liability<br>Corporation,<br>Plaintiff, | §<br>§<br>§<br>§<br>§ | |
| VS. | §<br>§ | NO. 07-CV-00630-MCW<br>Judge Williams |
| THE UNITED STATES,<br>UNITED STATES DEPARTMENT<br>OF THE AIR FORCE<br>Defendants. | §<br>§<br>§<br>§ | |

**ORDER ON MOTION TO DEEM UNPROTECTED CERTAIN MATERIALS FILED AS PART OF THE ADMINISTRATIVE RECORD**

Came on to be considered Plaintiff's Motion to Deem Unprotect Certain Materials Filed As Part of the Administrative Record (Dkt # 10). The Parties appeared by telephone.

Upon consideration of the pleading of counsel the Court finds the Motion meritorious, GRANTS the motion and ORDERS that the following materials filed as part of the Administrative Record are no longer subject to the Protective Order entered in Dkt # 6 in this case:

1. The Keesler AFB BOS A-76 Function Spreadsheet (8 pgs).
2. The Unit Manpower Document (12 pgs)
3. Vice Chief DoAF E-mail Message "Command and Control of Network Operations" (3 pgs).
4. Draft Program Action Directive 07-10 (60 pgs)
5. USAF Network Operations Concept (12 October 2006) (Pistilli) (32 pgs).

It is so ordered.

Signed this _____ day of August, 2007

______________________________
Judge Mary Ellen Coster Williams