# In the United States Court of Federal Claims

**No. 07-630C**
**Bid Protest**
**(Filed: August 31, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**RKR JOINT VENTURE, LLC,**

**Plaintiff,**

**v.**

**UNITED STATES OF AMERICA,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## REVISED SCHEDULING ORDER

---

In accordance with representations of the parties during the telephonic status call held on August 31, 2007, the Court orders the following:

1. Defendant shall file its response to Plaintiff's "Motion to Deem Unprotected Certain Materials Filed as Part of the Administrative Record" by **September 6, 2007.** Plaintiff shall file its reply by **September 13, 2007**. The Court will hear argument on this motion on **September 14, 2007 at 11:00 a.m. ET** if necessary.

2. Plaintiff shall file its motion for leave to supplement the administrative record by **September 21, 2007**. Defendant shall file its response by **September 28, 2007**.

3. Oral argument previously scheduled for September 19, 2007 is cancelled. The Court will conduct oral argument on Plaintiff's motion for leave to supplement the Administrative record via telephone on **October 2, 2007**, at **3:00 p.m. EST**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**