CERTIFICATION OF DOCUMENTS SUPPORTING DETERMINATION OF CHANGED REQUIREMENTS IN ADMINISTRATIVE RECORD
FOR Solicitation No. F41689-02-R-0049

I, William T. Lord, Major General, USAF, Director, Cyberspace Transformation and Strategy Office of Warfighting Integration and Chief Information Officer, signed the 2 August 2007 Memorandum ("2 August Memorandum"), declaring the change in Air Force needs for the above-referenced solicitation caused by the AFNetOPs transformational initiative. To the best of my knowledge and belief, and after careful review, I hereby certify that the following documents contained in the Administrative Record constitute the supporting documents which I reviewed, and upon which I relied for the 2 August Memorandum.

Executed, 4 September 2007

William T. Lord

WILLIAM T. LORD, Maj Gen, USAF
Director, Cyberspace Transformation and Strategy
Office of Warfighting Integration and
Chief Information Officer

Documents:

1. Keesler Air Force Base (AFB) Little Base Operating Support (BOS) Amended Solicitation, dated 21 June 2005
2. Vice Chief of Staff of the Air Force (VCSAF) Message – sent on behalf of HQ USAF/CC- Subj: Command and Control of Network Operations, dated 3 July 2003
3. Air Force Network Operations (AFNetOps) Functional Concept, dated 12 October 2006
4. Keesler AFB BOS A-76 Study Functional Spreadsheet , dated 12 July 2007
5. Keesler AFB Unit Manning Document, dated 31 July 2007
6. AFNetOps Program Action Directive (PAD), Draft dated 1 July 2007