IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| RKR JOINT VENTURE, LLC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-630C |
| | ) | (Judge Williams) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO DEEM UNPROTECTED CERTAIN MATERIALS FILED AS PART OF THE ADMINISTRATIVE RECORD AND UNOPPOSED MOTION TO REVISE BRIEFING SCHEDULE**

Defendant respectfully submits its response to plaintiff's motion to deem unprotected certain materials filed as part of the administrative record ("motion to unprotect") and its unopposed motion to revise the briefing schedule for plaintiff's motion for leave to supplement the administrative record. After further consideration, the Air Force waives protection of the four documents at issue in plaintiff's motion to unprotect. Therefore, there are no further issues to be resolved regarding plaintiff's motion to unprotect, plaintiff need not file a reply brief on September 13th and the Court need not hear oral argument on September 14th. As such, the parties have conferred and propose to revise the briefing schedule for plaintiff's motion for leave to supplement the administrative record as follows:

1) Plaintiff would file its motion for leave to supplement the administrative record on or before September 14, 2007. Plaintiff's motion is currently due on September 21, 2007.

2) Defendant would file its response to plaintiff's motion for leave to supplement the administrative record on or before September 21, 2007. Defendant's response is currently due on September 28, 2007.

3) The Court would conduct oral argument on Plaintiff's motion for leave to supplement the administrative record via telephone on September 25, 2007 at 3:00 pm EDT. Oral argument is currently scheduled for October 2, 2007 at 3:00 pm. If the new date and time is not convenient for the Court, the parties would confer with the Court to determine an acceptable time for oral argument.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ William P. Rayel
WILLIAM P. RAYEL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 616-0302
Fax. (202) 307-0972

September 6, 2007

Attorneys for Defendant