# In the United States Court of Federal Claims

**No. 07-630C**
**Bid Protest**
**(Filed: September 7, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**RKR JOINT VENTURE, LLC,** *
*
**Plaintiff,** *
*
**v.** *
*
**UNITED STATES OF AMERICA,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## REVISED SCHEDULING ORDER

---

Defendant's "Unopposed Motion to Revise Briefing Schedule," filed on September 6, 2007, is **GRANTED**. The Court orders the following:

1. Plaintiff shall file its motion for leave to supplement the administrative record by **September 14, 2007**. Defendant shall file its response by **September 21, 2007**.

2. The Court will conduct oral argument on Plaintiff's motion for leave to supplement the administrative record via telephone on **September 28, 2007**, at **11:00 AM EST**. Oral argument previously scheduled for September 14, 2007 is cancelled.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**