**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| RKR JOINT VENTURE, LLC | § | |
| A Mississippi Limited Liability Corporation, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 07-CV-00630-MCW |
| THE UNITED STATES, | § | Judge Williams |
| UNITED STATES DEPARTMENT | § | |
| OF THE AIR FORCE | § | |
| Defendants. | § | |

**ORDER ON MOTION FOR LEAVE TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

Came on to be considered Plaintiff's Motion to For Leave to Supplement the Administrative Record and Defendants response thereto (Dkt #s ___ and ____). The Parties appeared by telephone.

Upon consideration of the pleading and argument of counsel the Court finds the Motion meritorious, GRANTS the motion and ORDERS that leave is granted to file the following materials as part of the Administrative Record in this case:

| Proposed Item | Description | Motion for Leave | |
|---|---|---|---|
| | | Granted | Denied |
| **Tab 17** | Circular A-76 (1999 version) | | |
| **Tab 18** | Circular A-76 (2003 version) | | |
| **Tab 19** | Air Force Instruction (AFI) 38-203 (July 19, 2001) | | |
| **Tab 20** | Air Force Instruction (AFI) 33-115<br>Vol. 1<br>Vol. 2<br>Vol. 3 | | |
| **Tab 21** | Air Force Records and Information Management (AFRIMS) Records Disposition Schedule | | |
| **Tab 22** | Air Force Instruction (AFI) 33-115V1 (July 1999) | | |
| **Tab 23** | Air Force Doctrine Document 2-8 | | |

| | | | |
|---|---|---|---|
| | (June 2007) | | |
| **Tab 24** | Draft Implementation Plan for AETC Consolidated Help Desk (Nov. 20, 2006) | | |
| **Tab 25** | Draft Consolidation of Operations Plan for AETC Reengineering and Consolidation of Network and Telephone Operations (Nov. 20, 2006) | | |
| **Tab 26** | Draft Consolidation of Operations Plan for AETC Reengineering and Consolidation of Network and Telephone Operations (Apr. 24, 2003) | | |
| **Tab 27** | NCC Reengineering Powerpoint Presentation, Randy Coleman, HQ-USAF (June 3, 2004) | | |
| **Tab 28** | Joint Expeditionary Force Experiment 2006 Guidebook | | |
| **Tab 29** | Protecting Our Networks: Joint and Service Perspectives, Powerpoint Presentation, Rob Thomas, Ofc. of Secretary of the Air Force, May 19, 2005 | | |
| **Tab 30** | Prior Unit Manning Documents for Solicitation | | |
| **Tab 31** | Prior Keesler A-76 Study Functional Spreadsheet | | |
| **Tab 32** | Organization Charts Prepared by RKR | | |
| **Tab 33** | Tables Prepared by RKR | | |
| **Tab 34** | Keesler Air Force Base Administrative Appeal Response, May 29, 2007. | | |
| **Tab 35** | Barksdale Air Force Base Newspaper, THE BOMBARDIER, Aug. 11, 2006 p.1 | | |
| **Tab 36** | Keesler Air Force Base Administrative Appeal Team Response for Big BOS solicitation, May 17, 2007 | | |
| **Tab 37** | Keesler News, Aug. 17, 2006 at 1 and 9. | | |
| **Tab 38** | Request to Resume Competitive | | |

| | | | |
|---|---|---|---|
| | Sourcing Process and Post-Katrina Analysis of Support Service Requirements at Keesler AFB, and all documents responding or commenting on them. | | |
| **Tab 39** | Any drafts of Maj. Gen. Lord's Aug. 2 memo and anything else that existed that he might have relied on to know that the solicitation requirements were going to change and by how much. | | |
| **Tab 40** | The in-house cost estimate called for by Circular A-76, p. 10 ¶ A.3 (1999) | | |
| **Tab 41** | Any annual report to the Office of Management and Budget provided for by Circular A-76, p. 10 ¶ A.4 (1999), explaining why the in house cost estimate called for by Circular A-76, p. 10 ¶ A.3 (1999) was not timely completed. | | |
| **Tab 42** | The MEO Operational Audit | | |
| **Tab 43** | The MEO Management Plan and Costing Volume | | |
| **Tab 44** | Documents relevant to the actual cost comparison or cost evaluation of the MEO's bid | | |
| **Tab 45** | RKR's Administrative Appeal | | |
| **Tab 46** | The Contracting Officer's signed statement of relevant facts, including a best estimate of the contract value, and a memorandum of law. Any documents by the Contracting Officer which set forth findings, actions, and recommendations, and any additional evidence or information not provided in the protest file that may be necessary to determine the merits of the protest; and any list of parties being provided the documents. | | |
| **Deposition 1** | MR. GARY R. ALLEN and FRCP 30(b)(6) witness/es who provided the background information to Mr. Allen as a basis for the six reasons stated | | |

| | | | |
|---|---|---|---|
| | thus far for cancellation of the solicitation | | |
| **Deposition 2** | MAJOR GENERAL WILLIAM T. LORD and FRCP 30(b)(6) witness/es who provided the background information to him in the preparation of his undated memorandum introduced in the Administrative Record through Mr. Allen's August 2, 2007 cancellation letter. | | |
| **Deposition 3** | MR. RON MORTAG, Contracting Officer, DoAF | | |
| **Deposition 4** | MR. RANDY COLEMAN – HQAETC/SCXS | | |
| **Deposition 5** | LT COL HELEN LENTO – SAF/SCTX | | |
| **Deposition 6** | BRIG. GEN. PAUL CAPASSO – 81st Tr. Wing, Keesler AFB | | |
| **Deposition 7** | MAJ. GEN. JOHN W. MALUDA, USAF | | |

IT IS SO ORDERED

Signed this _____ day of October, 200_.

____________________________________

Judge Mary Ellen Coster Williams