# APPENDIX

# INDEX TO APPENDIX


Documents | Page

Redacted Memorandum from Brigadier General K.C. McClain to AETC/CV, dated July 5, 2007 (with redacted attachments) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Declaration of Ron A. Mortag, dated September 21, 2007 (with exhibit) . . . . . . . . . . . . . . . . . . . 5

**DEPARTMENT OF THE AIR FORCE**
**HEADQUARTERS UNITED STATES AIR FORCE**
**WASHINGTON, DC**

5 July 2007

MEMORANDUM FOR AETC/CV

FROM: HQ USAF/A1
1040 Air Force Pentagon
Washington, DC 20330

SUBJECT: Cancellation of Keesler AFB "Little" Base Operating Support (BOS) A-76 Tentative Decision and Solicitation

As outlined in the attached AF/A1M 25 Jun 07 memo to your A1, events have transpired that require cancellation of the Keesler AFB "Little" BOS A-76 tentative decision and solicitation (Atch 1).

, it is in the best interest of the Air Force to cancel the "Little" BOS decision. While expressing some concerns, your A1 supports this approach (Atch 4). I recommend your contracting officer also cancel the solicitation because ambiguity substantially affected competition (Atch 5). In conjunction with the other impacted HAF functional communities, we will work with your staff to help mitigate the risks associated with this approach, as surfaced by your A1.

. The proposed MEO structure associated with this competition should not be implemented either. Also of note, we do not envision rescheduling the competition until the on-going AFNETOPS transformation is complete.

While this study progressed with a tremendous amount of care and effort on the part of both of our staffs, events dictate the above way-ahead. AFLOA/JACQ will notify the GAO of the Air Force's intent. We will also keep your staff in the loop as we address the appropriate Congressional and employee notification process. My POC is Maj Derrick Richardson, AF/A1MS, DSN 227-5964.

K. C. McCLAIN
Brigadier General, USAF
Acting DCS, Manpower and Personnel

Attachments:
1. AF/A1M Cancellation Memo, 25 Jun 07
2. RKR Joint Venture's GAO Protest, 7 Jun 07
3. AFLOA/JACQ's Legal Opinion, 21 Jun 07
4. AETC/A1 Response Memo, 27 Jun 07
5. AF/A1MS Background Paper, 3 Jul 07

cc:
AFPEO/CM
SAF/AQ/GC/XC
AFLOA/JACQ

**DEPARTMENT OF THE AIR FORCE**
**HEADQUARTERS UNITED STATES AIR FORCE**
**WASHINGTON, DC**

25 Jun 07

MEMORANDUM FOR HQ AETC/A1

FROM: HQ USAF/A1M
1040 Air Force Pentagon
Washington, DC 20330-1040

SUBJECT: Standard Cost Comparison Cancellation Notification—Little Base Operating and Support (BOS) Function at Keesler AFB MS (DCAMIS Project Number F0JMAHG010S)

On 8 Jun 07, an unsuccessful private sector offeror filed a bid protest with the Government Accountability Office alleging errors in the public-private competition for Keesler "Little BOS."

, and my staff's review of the facts (as detailed in the attached background paper), I plan to recommend AF/A1 cancel the "Little BOS" portion of the Keesler A-76 study. If you believe there are grounds to object to this approach, please provide your rationale by COB 27 Jun 07.

. Also, after a thorough review of the alternatives, we have determined it is in the best interest of the Air Force to cancel the "Little BOS" study.

We looked at the alternative of continuing the study, but challenges associated with the lack of documentation regarding the MEO structure and costing proposal, difficulties in reconstituting members of the initial MEO and source selection teams already familiar with the competition, as well as changes in technology, wage rate determinations, tax rates, and period of performance would require an extensive amendment of the solicitation.

The results of cancelling the "Little BOS" study are that the solicitation will be cancelled and the MEO will not be implemented. We will consider this function for a future public-private competition once the currently underway AFNETOPS transformation is implemented and at full operational capacity.

Our POC is Maj Derrick Richardson, DSN 227-5964.

//SIGNED//
MARVIN T. SMOOT, JR.
Brigadier General (S), USAF
Director of Manpower, Organization & Resources

Attachment:
Background Paper

Bullet Background.doc

cc:
SAF/AQC
SAF/GCQ
SAF/XCT
AFMA/MAC

**DEPARTMENT OF THE AIR FORCE**
AIR EDUCATION AND TRAINING COMMAND

27 Jun 07

MEMORANDUM FOR HQ USAF/A1M

FROM: HQ AETC/A1
1850 First Street West, Suite 1
Randolph AFB, TX 78150-4308

SUBJECT: Standard Cost Comparison Cancellation Notification – Little Base Operating Support (BOS) Function at Keesler AFB MS – DCAMIS Project Number F0JMAHG010S

1. We reviewed the facts associated with your proposed course of action and agree with proceeding as described in your 25 Jun 07 memo, same subject. : we agree your proposal constitutes the best possible solution for both the AF and AETC.

2. There are a couple of concerns we'd like to address. Secondly, we're concerned with the potential repercussions this could have with future cost studies and the willingness of contractors to enter into future cost study competitions. We also need to be assured that this action will not impact the implementation of the Big BOS study.

3. It is our understanding you will promptly cancel the Little BOS study and AFLOA/JACQ will notify the GAO of the Air Force corrective action prior to the date the Agency report is due to the GAO. Our POC's from AETC/A1M are Mr. Burlingame, DSN 487-5537 or Mr. Williams, DSN 487-3217.

G. F. Patt

GREG F. PATTERSON
Colonel, USAF
Director of Manpower and Personnel

BULLET BACKGROUND PAPER

ON

KEESLER AFB LITTLE BASE OPERATION SUPPORT (LBOS) CANCELLATION

PURPOSE

To explain cancellation of Keesler AFB LBOS public-private competition decision and solicitation

DISCUSSION

- On June 8, 2007, RKR Joint Venture filed a bid protest with the Government Accountability Office (GAO) alleging the Government's Most Efficient Organization (MEO) Management Plan lacked sufficient justification or did not match the same criteria as other offers

- Lesson Learned: The bifurcated process in the "old" A-76 prevented the contracting officer and Source Selection Authority from reviewing the MEO staffing and costing proposals and adequately sharing information with the Independent Review Office (IRO) to ensure the MEO was based on the same requirements and assumptions as private sector offers

- Correction of the errors without cancelling the study would require substantial amendment of the PRD and solicitation to incorporate changes in technology, wage rate determinations, tax rates, and period of performance, as well as new statutory source selection factors. Such an extensive amendment of the solicitation would require substantial revision of all the proposals. Accordingly, we believe that the study and the solicitation must be cancelled. (See FAR 15.206(e).)

RECOMMENDATION

Cancel the Keesler AFB LBOS tentative decision and solicitation,

Additionally, do not implement the MEO and consider for a future public-private competition once the currently underway AFNETOPS transformation is implemented and at full operational capacity.

Mr Deshaies/AF/A1MS /703-693-0662/3 July 2007

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| RKR JOINT VENTURE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-630C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF RON A. MORTAG

I, Ron A. Mortag, declare as follows:

1. I am the contracting officer for United States Air Force ("Air Force") Solicitation No. F41689-02-R-0049 for base operating support services at Keesler Air Force Base in Mississippi.

2. On August 16, 2005, the cost comparison was completed using the A-76 computer software. Based upon the cost comparison, the tentative decision under this A-76 study was for performance by the Most Efficient Organization ("MEO").

3. In response to a bid protest filed by RKR Joint Venture LLC ("RKR") before the Government Accountability Office ("GAO") on June 7, 2007, The Deputy Chief of Staff of the Air Force for Manpower and Personnel (AF/A1) decided to cancel the Little BOS tentative decision for performance by the proposed MEO structure. See Exhibit A.

4. As such, the proposed MEO structure will not be implemented based on the solicitation as it stands, and the tentative decision to award to the MEO has been cancelled.

5. However, I have not yet proceeded to analyze the relevant information necessary to make a decision regarding whether to cancel the solicitation, nor have I made such a decision.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 21st day of September, 2007.

Ron A. Mortag

# EXHIBIT A

**DEPARTMENT OF THE AIR FORCE**
**HEADQUARTERS UNITED STATES AIR FORCE**
**WASHINGTON, DC**

5 July 2007

MEMORANDUM FOR AETC/CV

FROM: HQ USAF/A1
1040 Air Force Pentagon
Washington, DC 20330

SUBJECT: Cancellation of Keesler AFB "Little" Base Operating Support (BOS) A-76 Tentative Decision and Solicitation

As outlined in the attached AF/A1M 25 Jun 07 memo to your A1, events have transpired that require cancellation of the Keesler AFB "Little" BOS A-76 tentative decision and solicitation (Atch 1).

, it is in the best interest of the Air Force to cancel the "Little" BOS decision. While expressing some concerns, your A1 supports this approach (Atch 4). I recommend your contracting officer also cancel the solicitation because ambiguity substantially affected competition (Atch 5). In conjunction with the other impacted HAF functional communities, we will work with your staff to help mitigate the risks associated with this approach, as surfaced by your A1.

. The proposed MEO structure associated with this competition should not be implemented either. Also of note, we do not envision rescheduling the competition until the on-going AFNETOPS transformation is complete.

While this study progressed with a tremendous amount of care and effort on the part of both of our staffs, events dictate the above way-ahead. AFLOA/JACQ will notify the GAO of the Air Force's intent. We will also keep your staff in the loop as we address the appropriate Congressional and employee notification process. My POC is Maj Derrick Richardson, AF/A1MS, DSN 227-5964.

K. C. McCLAIN
Brigadier General, USAF
Acting DCS, Manpower and Personnel

Attachments:
1. AF/A1M Cancellation Memo, 25 Jun 07
2. RKR Joint Venture's GAO Protest, 7 Jun 07
3. AFLOA/JACQ's Legal Opinion, 21 Jun 07
4. AETC/A1 Response Memo, 27 Jun 07
5. AF/A1MS Background Paper, 3 Jul 07

cc:
AFPEO/CM
SAF/AQ/GC/XC
AFLOA/JACQ