# In the United States Court of Federal Claims

**No. 07-630C**
**Bid Protest**
**(Filed: September 27, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**RKR JOINT VENTURE, LLC,** *
*
**Plaintiff,** *
*
**v.** *
*
**UNITED STATES OF AMERICA,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER**

---

The Court reviewed documents submitted in-camera by Defendant on September 25, 2007. The Court concludes that all of the material redacted from the documents is subject to the attorney-client privilege and need not be disclosed.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**