# In the United States Court of Federal Claims

**No. 07-630C**
**Bid Protest**
**(Filed: September 28, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**RKR JOINT VENTURE, LLC,**

**Plaintiff,**

**v.**

**UNITED STATES OF AMERICA,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER**

---

The Court conducted a telephonic status call on September 28, 2007, at 11:00 a.m. EST. As a result of the representations made during the status call, the Court issues the following orders:

1. The Contracting Officer is free to issue his decision regarding whether to cancel the subject solicitation as of this date;

2. Briefing on all pending motions is stayed pending further order of the Court; and

3. A status call is scheduled for November 14, 2007, at 11:00 a.m. EST.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**