# In the United States Court of Federal Claims

**No. 07-630C**
**Bid Protest**
**(Filed November 14, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**RKR JOINT VENTURE, LLC,** *
*
**Plaintiff,** *
*
**v.** *
*
**UNITED STATES OF AMERICA,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER**

---

The Court orders the parties to file a Joint Status Report every 30 days reporting the progress of settlement negotiations. The first such status report is due on **December 14, 2007.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**