IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| RKR JOINT VENTURE, LLC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-630C |
| | ) | (Judge Williams) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT ON BEHALF OF THE PARTIES**

Pursuant to the Court's November 14, 2007 order, defendant respectfully provides the following status report on behalf of the parties. Counsel has discussed this report with plaintiff's counsel.

The parties have discussed possibilities for settlement, but were unable to reach an agreement at this time. The nature of the settlement discussions made it advantageous for both parties if the contracting officer delayed making a decision regarding cancellation until after a settlement agreement was reached. At this point, settlement discussions have reached an impasse and the parties have agreed that the contracting officer should go forward with making a decision. The contracting officer anticipates issuing a decision by January 4, 2008. The parties propose that the Court schedule a status conference for shortly after the contracting officer's decision is issued. The parties further propose that a telephonic status conference be held on January 11, 2008 at 11:00 am EST, or such other time that is convenient for the Court.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

OF COUNSEL:
Gary R. Allen
Air Force Legal Operations Agency,
Commercial Litigation Division
1501 Wilson Blvd., Suite 600
Rosslyn, VA 22209

/s/ William P. Rayel
WILLIAM P. RAYEL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 616-0302
Fax. (202) 307-0972

December 13, 2007

Attorneys for Defendant