# In the United States Court of Federal Claims

**No. 07-630C**
**Bid Protest**
**(Filed: December 13, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**RKR JOINT VENTURE, LLC,**

**Plaintiff,**

**v.**

**UNITED STATES OF AMERICA,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER**

---

On December 13, 2007, Defendant filed a status report on behalf of the parties stating that settlement discussions have reached an impasse and that the contracting officer should go forward with making a decision. The parties propose that a status conference be held after the contracting officer issues a decision regarding cancellation. The Court will conduct a telephonic status conference on **January 11, 2008 at 11:00 a.m. EST.** The Court will initiate the teleconference.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**