**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| RKR JOINT VENTURE, LLC<br>A Mississippi Limited Liability<br>Corporation,<br>Plaintiff, | §<br>§<br>§<br>§<br>§ | |
| VS. | §<br>§ | NO. 07-CV-00630-MCW<br>Judge Williams |
| THE UNITED STATES,<br>Defendant. | §<br>§ | |

**STIPULATION OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE TO REFILING**

COMES NOW Plaintiff RKR JOINT VENTURE, LLC and THE UNITED STATES and file this stipulation of voluntary dismissal without prejudice to re-filing pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

1. Plaintiff is RKR JOINT VENTURE, LLC, a Mississippi limited liability corporation.

2. Defendant is THE UNITED STATES, whose departments and agencies are engaged in procurement.

3. Plaintiff moves for voluntary dismissal of the suit without prejudice to re-filing.

4. Defendant, who has answered, agrees to the dismissal.

5. This case is not a class action.

6. A receiver has not been appointed in this action.

7. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

8. Plaintiff has not dismissed an action based on or including the same claims as those presented in the suit.

9. This dismissal is without prejudice to re-filing.

10. Upon re-filing, RKR will file a Notice of Directly Related Cases pursuant to RCFC 40.2(a).

DATED January 23, 2008

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

DONALD E. KINNER
Assistant Director

s/ William P. Rayel
by permission s/ David F. Barton_________
William P. Rayel
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1110 L Street NW
Washington, DC 20005
Telephone: (202) 616-0302
Telecopier. (202) 307-0972
Telephone: (210) 733-8191
Telecopier: (210) 733-5538
E-Mail: William.Rayel@usdoj.gov

ATTORNEY FOR DEFENDANT

____/s/_________________________
David F. Barton
State Bar No. 01853300
**THE GARDNER LAW FIRM**
745 E. Mulberry Avenue, Suite 100
San Antonio, Texas 78212-3149
Telephone: (210) 733-8191
Telecopier: (210) 733-5538
E-Mail: dfb@tglf.com
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been forwarded in compliance with the Federal Rules of Civil Procedure to all counsel of record as set out below, on this the 23rd day of January, 2008, as follows:

Will Rayel
Trial Attorney
National Courts Section
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., NW, Room 12100
Washington, DC 20530 (20005 for FedEx)
phone: (202) 616-0302
facsimile: (202) 307-0972

***VIA E-FILING***

_______/s/____________________________
DAVID F. BARTON