**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| RKR JOINT VENTURE, LLC<br>A Mississippi Limited Liability<br>Corporation,<br>Plaintiff, | §<br>§<br>§<br>§<br>§ | |
| VS. | §<br>§ | NO. 07-CV-00630-MCW<br>Judge Williams |
| THE UNITED STATES,<br>UNITED STATES DEPARTMENT<br>OF THE AIR FORCE<br>Defendants. | §<br>§<br>§<br>§ | |

**ORDER**

Pursuant to the Rule 41(a)(1)(ii) Stipulation of Dismissal by all parties, Dkt # 30, this case is dismissed without prejudice to re-filing.

It is so ordered.

Signed this _____ day of January 2008.

Judge Mary Ellen Coster Williams