**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| RKR JOINT VENTURE, LLC<br>A Mississippi Limited Liability<br>Corporation,<br>Plaintiff, | §<br>§<br>§<br>§<br>§ | |
| VS. | § | NO. 07-CV-00630-MCW<br>Judge Williams |
| THE UNITED STATES,<br>Defendant. | §<br>§<br>§ | |

**ADVISORY TO THE COURT**

COMES NOW Plaintiff RKR JOINT VENTURE, LLC and files this its Advisory to the Court and states that it expects the Clerk of Court to receive its original complaint in the new action and accompanying notice of directly related case by close of business Tuesday, January 29, 2008.

DATED January 25, 2008

Respectfully submitted,

/s/
David F. Barton
State Bar No. 01853300
**THE GARDNER LAW FIRM**
745 E. Mulberry Avenue, Suite 100
San Antonio, Texas 78212-3149
Telephone: (210) 733-8191
Telecopier: (210) 733-5538
E-Mail: dfb@tglf.com
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been forwarded in compliance with the Federal Rules of Civil Procedure to all counsel of record as set out below, on this the 25th day of January, 2008, as follows:

Will Rayel
Trial Attorney
National Courts Section
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., NW, Room 12100
Washington, DC 20530 (20005 for FedEx)
phone: (202) 616-0302
facsimile: (202) 307-0972

***VIA E-FILING***

_______/s/______________________________
DAVID F. BARTON